IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOEL TIREY, #399591**                                          **PLAINTIFF**

**v.**                                              **CIVIL NO. 1:16CV396LG-RHW**

**SUPERVISOR "UNKNOWN" ARCHIE, et al.**            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court sua sponte. The Court, after a full review and consideration of the record in this case, and relevant legal authorities, finds that in accord with its Order of Dismissal entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 27th day of February, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE